| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@dgdk.com<br>SONIA SINGH (State Bar No. 311080)<br>ssingh@dgdk.com<br>DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, California 90067-4402<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Brad D. Krasnoff, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>SUNG HEE RYOO,<br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-18768<br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| Sale Date: 04/04/2018 | Time: 10:00 am |
|---|---|
| Location: United States Bankruptcy Court - Courtroom "1539" 255 E. Temple St. Los Angeles, CA 90012 | |

**Type of Sale:**  ☒ Public  ☐ Private     **Last date to file objections:** 03/21/2018

**Description of property to be sold:**
Condominium unit commonly known as 5125 Harold Way #108, Los Angeles, California, Free and Clear of Liens and Claims.


**Terms and conditions of sale:** "See Motion"



**Proposed sale price:** $ 470,000.00

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                             F 6004-2.NOTICE.SALE

**Overbid procedure (*if any*)**: "See Motion"

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

April 4, 2018
10:00 a.m.
Courtroom "1539"
255 E. Temple Street
Los Angeles, CA  90012

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Trustee's general counsel, Eric P. Israel (eisrael@dgdk.com) and Sonia Singh (ssingh@dgdk.com), Danning, Gill, Diamond & Kollitz, LLP, 1900 Aveue of the Stars, 11th Floor, Los Angeles, CA  90067-4402

310-277-0077 - Phone
310-277-5735 - Facsimile

Date: 03/12/2018

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2                              **F 6004-2.NOTICE.SALE**